IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No.: 1:25-cv-08414<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Beth W. Jantz |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O hereby dismiss this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 4 | Chaikui | AQA5LCXGU8BNQ |
| 22 | Kovshuiwe-US | A1ZM1IT2B8N80L |
| 26 | Pumsaer | A3DAP6JZNFK2NW |
| 42 | Vmkfuler-US | A1YNTVHKC73H4V |
| 50 | yunmiih | ANDUD838KL599 |
| 77 | Crownix | 634418222963177 |
| 83 | HSINOD | 634418224028974 |
| 84 | LHLOPMNDU | 634418223936074 |
| 86 | SSOIFNB | 634418223936525 |

DATED: October 23, 2025	Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***