IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:25-cv-08414<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Beth W. Jantz |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O hereby dismiss this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 57 | Everglow Trading | 10002769067 |
| 74 | YSS-US | 10002771993 |

DATED: October 24, 2025

Respectfully submitted,

*/s/ Peter Krusiewicz*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**

70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***